Ethan J. Brown (SBN 218814)
ethan@bnsklaw.com
Anita P. Woo (SBN 248876)
anita@bnsklaw.com
Sara C. Colón (SBN 281514)
sara@bnsklaw.com
**BROWN NERI SMITH & KHAN LLP**
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980

*Attorney for Defendant,*
*Americo Financial Life and Annuity Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CAPITO BLANCHARD, PHILLIP COHEN, individually and as representatives of the Class,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 23-4087<br><br>**DEFENDANT AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY'S NOTICE OF REMOVAL**<br><br>(Superior Court for the State of California for the County of Monterey, Case No.: 23CV001991) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Defendant Americo Financial Life and Annuity Insurance Company ("Americo" or "Defendant") by and through its undersigned attorneys, hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Superior Court of the State of California, County of Monterey, to the United States District Court for the Northern District of California pursuant to 28 U.S.C. §§1332(d), 1367, and 1453. As required by 28 U.S.C. § 1446(a), all process, pleadings, and orders served on Defendants in the action to date are attached hereto as **Exhibit A**. As the requisite "short and plain statement of the grounds for removal," 28 U.S.C. 1446(a), Defendant states as follows:

## I. INTRODUCTION

On June 26, 2023, Plaintiffs filed a putative class action complaint in the Superior Court of California, County of Monterey, purporting to sue on their own behalf and on behalf of other individuals who were invested in Defendant's 403(b) products. Plaintiffs allege that "Defendant routinely charges fees on its 403(b) products which are not disclosed on 403bcompare.com." (Compl. ¶129).

Plaintiffs brought one cause of action under California Business and Professions Code §17200 seeking restitution and the recovery of attorneys' fees and costs, as well as injunctive relief (Compl. ¶¶ 137, 138). Plaintiffs allege that Defendant's conduct has caused "tens of millions" of dollars in harm. (Compl. ¶ 132).

Defendant now removes this putative class action to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1453. The Court has jurisdiction over removable claims pursuant to 28 U.S.C. §1332(d).

## II. REMOVAL IS PROPER AND THIS COURT HAS JURISDICTION UNDER THE CLASS ACTION FAIRNESS ACT

This action falls within the jurisdiction of this Court pursuant to the Class Action Fairness Act ("CAFA"). Under CAFA, a putative class action may be removed to the appropriate federal district court if (1) the action purports to be a "class" action brought on behalf of 100 or more

1  members; (2) any members of a class of plaintiffs is a citizen of a state different from any
2  defendant; and (3) the amount in controversy exceeds $5 million.  *See* U.S.C. §§ 1332(d)(2),
3  (2)(A), (5)(B), 1453(b).
4     This action meets each of those requirements.  Plaintiffs purport to bring this action on behalf
5  of a "class" consisting of "hundreds or thousands" of members.  Compl. ¶114.  Both plaintiffs in
6  this action are citizens of California, while defendant is not a citizen of California: defendant is
7  incorporated in Texas and has its principal place of business in Missouri.  Compl. ¶¶ 17, 19, 21.
8  Finally, Plaintiffs have alleged "tens of millions of dollars" in harm.  Compl. ¶132.
9     None of the exceptions to removal set forth in CAFA applies to bar removal here.  This action
10 does not (i) involve a "covered security," as defined by 15 U.S.C. § 77p(f)(3)[1]; (ii) relate to the
11 internal affairs or governance of a corporation; or (iii) relate to the rights duties, and obligations
12 relating to or created by or pursuant to any security.  See 28 U.S.C. § 1453(d)(1) – (3).
13    Removal to the San Jose division of this Court is proper because the state court action was
14 filed in Monterey County.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] In the event that the Court finds the 403(b) product in question to be a covered security, Defendant alternatively seeks removal pursuant to the Securities Litigation Uniform Standards Act 15 U.S.C. §77p (c).

III. **THIS REMOVAL NOTICE IS TIMELY AND SATISFIES ALL PREREQUISITES**

Plaintiffs filed the above-captioned putative class action on June 26, 2023 in the Superior Court of the State of California, County of Monterey, as case number Case No.: 23CV001991. Plaintiffs served the complaint on Defendant on July 14, 2023. Therefore, this Notice of Removal is timely because it has been filed within thirty days of Plaintiffs' service of the complaint. *See* U.S.C. §1446.

Respectfully submitted,

Dated: August 11, 2023                  **BROWN, NERI, SMITH & KHAN LLP**

By: _____
Ethan J. Brown

*Attorney for Defendant*
Americo Financial Life and Annuity Insurance Company