**BROWN NERI SMITH & KHAN LLP**
  Ethan J. Brown (SBN 218814)
  Anita P. Wu (SBN 248876)
11601 Wilshire Boulevard, Suite 2080
Los Angeles, California 90025
T: (310) 593-9890
F: (310) 593-9980
ethan@bnsklaw.com; anita.wu@bnsklaw.com

Attorneys for Defendant
AMERICO FINANCIAL LIFE AND
ANNUITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA CAPITO BLANCHARD, PHILLIP COHEN, individually and as representatives of the Class, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY, <br><br> Defendant | Case No.: 5:23-cv-04087-PCP <br><br> [Assigned to the Honorable P. Casey Pitts] <br><br><br> [~~PROPOSED~~] **FINAL JUDGMENT** |

Defendant Americo Financial Life and Annuity Insurance Company ("Defendant" or "Americo") filed its motion to dismiss the First Amended Complaint in this putative class action on November 3, 2023. Americo's motion to dismiss came on regularly for hearing before the Court on February 22, 2024 at 10:00 a.m., the Honorable P. Casey Pitts presiding. As set forth in the Court's July 17, 2024 Order on Motion To Dismiss [Dkt. No. 52], the Court granted Americo's motion. The dismissal was granted without leave to amend as to Plaintiffs' claim under the "unlawful" prong of California's Unfair Competition Law (the "UCL"). The dismissal was granted with leave to amend as to the "unfair" prong of the UCL, and Plaintiffs were ordered to file any amended complaint on or before August 8, 2024. No amended complaint was filed.

Therefore, the Court now hereby enters Final Judgment on all claims and issues in favor of Americo, pursuant to Federal Rule of Civil Procedure 58.

Dated: August 16, 2024

_____
The Honorable P. Casey Pitts
UNITED STATES DISTRICT JUDGE